RECEIVED
NOV 1 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 01-50044-01 |
| | CIVIL NO. 05-1130 |
| VERSUS | |
| | JUDGE DONALD E. WALTER |
| DERRICK DECARLO PARKER | MAGISTRATE JUDGE HORNSBY |

## ORDER

Consider the foregoing Petitioner's Application for Issuance of A Certificate of Appealability.

IT IS HEREBY ORDERED, that a certificate of appealibility shall issue on the following issue or issues raised by the Motion Under 28 §2255 to Vacate, Set Aside or Correct sentence file: whether *Booker* and *Blakely* should apply retroactively to cases on collateral review such that the Defendant's sentence be set aside and the Court should order Defendant to be re-sentenced.

Thus done and signed in Shreveport, Caddo Parish, Louisiana, this _____ day of _____, 2005.

JUDGE DONALD WALTER

5